57 Cal.Rptr. 152, 424 P.2d 704]

[S. F. No. 22348. In Bank. Mar. 8, 1967.]

Estate of EVA C. MANOLIN, Deceased. THE STATE OF CALIFORNIA, Claimant and Appellant, v. ANA SERBESCU et al., Claimants and Respondents.

Thomas C. Lynch, Attorney General, and John E. Barsell, Jr., Deputy Attorney General, for Claimant and Appellant.

Garry, Dreyfus & McTernan and Francis J. McTernan for Claimants and Respondents.

TOBRINER, J.—This case raises the same issue as that posed in Estate of Chichernea, *ante*, p. 83 [57 Cal.Rptr. 135, 424 P.2d 687], and is controlled by our decision in that case. Accordingly, we affirm the judgment of the trial court entered pursuant to its finding that Rumania extends reciprocal inheritance rights to citizens of the United States.

Traynor, C. J., McComb, J., Peters, J., Burke, J., Sullivan, J., and Schauer, J.,* concurred.

---

*Retired Associate Justice of the Supreme Court sitting under assignment by the Chairman of the Judicial Council.